**Order entered June 2, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-15-00034-CR**
**No. 05-15-00035-CR**
**No. 05-15-00107-CR**

**SUMMER RAE HARRIS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F14-60100-M, F13-25326-M, g24=36468=,a**

## ORDER

The Court **DENIES** appellant's "motion for early submission" of the appeals. The appeals are not accelerated appeals and, therefore, will be submitted in due course.

The Court **GRANTS** appellant's motion to extend time to file her brief. We **ORDER** appellant's brief filed as of the date of this order

/s/    CAROLYN WRIGHT
       CHIEF JUSTICE